FILED
2017 OCT 13 PM 3: 06
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:15-CR-0068** |
| | ) | |
| vs. | ) | **JUDGE SOLOMON OLIVER, JR.** |
| | ) | |
| **GILBERT MENDEZ**, *et al.* | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONDENT'S WITNESS LIST

NOW COMES Defendant Gilbert Mendez Caraballo, *pro per* Respondent Respondent , and gives notice of witnesses he intends to call at pretrial.

1. Matthew Baeppler
   Discovery Investigations, LLC
   15903 Norway Avenue
   Cleveland, OH  44111

2. Todd A. Clark
   Northern Ohio Tactical Training Group, LLC
   18915 Forestwood Road
   Cleveland, OH  44135

3. Ryan Allen
   Havoc Properties, LLC
   P.O. Box 1062
   Elyria, OH  44036

4. Paul Baeppler
   Integrity Investigations, LLC
   Manhattan Investigations, LLC
   1991 Crocker Road, Suite 600
   Westlake, OH  44145

5. Gregory Baeppler
   Gregory Baeppler, Security Consultant, LLC
   25720 Lake Road
   Bay Village, OH  44140

6. Daniel Quinones de Anda
   Policia Estatal Preventiva
   Tijuana, Baja California
   D.F. Mexico

7. Orlando Henkel Diaz
   Policia Estatal Preventiva
   Tijuana, Baja California
   D.F. Mexico

8. Guillermo Manjarrez Carrillo
   Policia Estatal Preventiva
   Tijuana, Baja California
   D.F. Mexico

9. PARMARNIN INSURANCE INC
   Philip E Parvarini JR
   2301 Hamilton Ave 109
   Cleveland OH OHIO.

10. RK LAWN SERVICES MAINTENANCE INC
    GEORGE R. KROCKER
    4880 EAST 84 ST
    GARFIELD HEIGHTS OHIO

11.

12.

13.

11. All persons identified in any document disclosed by the Government's or Defendant's discovery.

```
 1  FEDERAL DEFENDERS OF SAN DIEGO INC,
    Sara Marie Peloquin
 2  225 Broadway, Suite 900
    San Diego, CA 92101-5030
 3
    U.S. ATTORNEY OFFICE FOR THE
 4  NORTHERN DISTRICT COURT OF OHIO
    GREGORY A. WHITE
 5  801 Superior Avenue
    Cleveland, OHIO
 6
    U.S. DISTRICT COURT FOR
 7  NORTHERN DISTRICT COURT OF OHIO
    MAGISTRATE JUDGE
 8  GREGORY A. WHITE
    11 Huron Street
 9  Cleveland, OH 4400

10  LAW DIRECTOR
    City of Cleveland
11  Barbara Longhenry/CO
    Private Contractor
12  Gregory A. White
    Executive Assistant, Department
13  of Justice Consent Decree
    Implementation Coordinator
14  601 Lakeside Ave Room 106
    Cleveland, OH 44114
15
    ANTHONY D. ROMERO
16  AMERICAN CIVIL LIBERTIES UNION
    125 Broad Street 18TH Flr
17  New York, NY 10004

18  NEIL KORNZE
    PRINCIPLE DEPUTY DIRECTOR
19  BUREAU OF LAND MANAGEMENT
    1849 C Street NW
20  Washington, DC 20240

21  REX W. TILLERSON
    DEPARTMENT OF STATE
22  SECRETARY OF STATE
    2201 C Street
23  Washington, DC 20520

24  JEFF SESSIONS
    ATTORNEY GENERAL
25  950 Pennsylvania Avenue ,MN
    Washington, D.C 20530-0001
26
    ELAINE DUKE SECRETARY
27  Department of Homeland Security
    c/o Office the Attorney Counsel
28  U.S. Dept of Homeland Security

    USCIS DIRECTOR TRACY RENAUD
```

1  Department of Homeland Security
   425 I Street. NW
2  Washington, DC 20536

3  DEPUTY DIRECTOR CHRISTOPHER A. WRAY
   Federal Bureau Of Investigation
   Criminal Justice Information Service
4  1000 Custer Hollow Road
   Clarksburgh, VW 26306
5
   U.S.Citizenship & Immigration Service
6  1240 East 9th Street Room 501
   Cleveland, Ohio
7
   MELISA W. MAXIM
8  U.S. Citizen & Immigration Service
   1325 Front Street
9  San Diego, CA 92101

10 U.S. Department of Justice
   NATIONAL DRUG INTELLIGENCE CENTER
11 OHIO HIGH INTENSITY DRUG TRAFFICKING
   AREA (HIDTA)
12 319 Washington Street 5th FLR
   Johnstown, PA 15901-1622
13
   JOELLEN ONEIL
14 DEPUTY CHIEF CLEVELAND DIVISION OF
   POLICE
15 INTERNAL AFFAIRS UNIT
   1300 Ontario
16 Cleveland ,Ohio 44113

17 CHIEF OF POLICE CALVIN D.WILLIAMS
   OFFICE OF PROFFESSIONAL STANDARDS
18 1300 Ontario Street
   Cleveland, OH 44113
19
   COMISION NACIONAL DE LOS DERECHOS
20 HUMANOS
   Calle Mision de San Javier # 10,610
21 Zona Rio CP 22010

22 CONSULADO GENERAL DE MEXICO
   1549 India Street
23 San Diego, California 92101

24 PRESIDENT PETER THOMSON
   UNITED NATIONS
25 HIGH COMMISIONER FOR HUMAN RIGHTS
   405 East 42nd Street
26 New York, NY 10017

27

28

| | |
|---|---|
| 9 | T P BLACK HOLDINGS, LLC 3894747 |
| | Ryan Black |
| | 237 West Washington 2ND Floor |
| 10 | Sandusky, OH 44870 |
| 11 | GREGORY BAEPPLER SECURITY CONSULTANT, |
| | LLC                                    3894718 |
| 12 | Gregory Baeppler |
| | 25720 Lake Road |
| 13 | Bay Village, OH |
| 14 | SECRETARIA DE SEGURADAD PUBLICA |
| | POLICIA ESTAL PREVENTIVA, |
| 15 | C/O DANIEL QUINNONES DE ANDA ORLANDO, |
| | HENKEL DIAZ |
| 16 | GUILLERMO MANAJARREZ CARRILLO |
| | Av De Heroes y Calle de Libertad s/n |
| 17 | Mexicali Civic Center, BC 21000 |
| 18 | INSTITUTO NACIONAL DE MIGRACION |
| | DELEGATION FEDERAL EN BAJA |
| 19 | CALIFORNIA ESTACION MIGRATIORIA |
| | EN TIJUANA BAJA CALIFORNIA |
| 20 | Boulevard Insurgentes 16000 Los Alamos |
| | Tijuana, B.C, Mexico 22110 |
| 21 | |
| | LUIS VIDEGARAY CASO |
| 22 | MEXICAN MINISTER OF FOREIGN AFFAIRS |
| | Avenida Juarez, 06010 |
| 23 | Mexico City, MX |
| 24 | MARK HEBERT |
| | Federal Bureau of Investigation |
| 25 | Criminal Justice Information Service |
| | 1000 Custar Hollow Road |
| 26 | Clarksburgh, WV 26306 |
| 27 | |
| 28 | |

```
 9   T P BLACK HOLDINGS, LLC 3894747
     Ryan Black
     237 West Washington 2ND Floor
10   Sandusky, OH 44870

11   GREGORY BAEPPLER SECURITY CONSULTANT,
     LLC                                    3894718
12   Gregory Baeppler
     25720 Lake Road
13   Bay Village, OH

14   SECRETARIA DE SEGURADAD PUBLICA
     POLICIA ESTAL PREVENTIVA,
15   C/O DANIEL QUINNONES DE ANDA ORLANDO,
         HENKEL DIAZ
16       GUILLERMO MANAJARREZ CARRILLO
     Av De Heroes y Calle de Libertad s/n
17   Mexicali Civic Center, BC 21000

18   INSTITUTO NACIONAL DE MIGRACION
     DELEGATION FEDERAL EN BAJA
19   CALIFORNIA ESTACION MIGRATIORIA
     EN TIJUANA BAJA CALIFORNIA
20   Boulevard Insurgentes 16000 Los Alamos
     Tijuana, B.C, Mexico 22110
21
     LUIS VIDEGARAY CASO
22   MEXICAN MINISTER OF FOREIGN AFFAIRS
     Avenida Juarez, 06010
23   Mexico City, MX

24   MARK HEBERT
     Federal Bureau of Investigation
25   Criminal Justice Information Service
     1000 Custar Hollow Road
26   Clarksburgh, WV 26306

27

28
```

Defendant anticipates that additional individuals who may have relevant information will be identified as discovery continues and will supplement as discovered.

Date: October 13, 2017

Respectfully submitted,

*signature*
Gilbert Mendez Caraballo *UCC 1308*
c/o NEOCC
2240 Hubbard Road
Youngstown, OH 44505

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2017, I mailed the attached document to the Clerk's Office for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Michelle M. Baeppler (OH: 0065378)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3995
(216) 685-2378 (facsimile)

*signature*
Gilbert Mendez Caraballo UCCi1308